UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON HENSLEY )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>JOHN A. ENGLER, MD, and MEGAN )<br>E. GOODING, P.A., NORTH CAROLINA )<br>MEDICAL BOARD, and UNC HEALTH )<br>PARTNERS, LLC, Rex UNC Hospital )<br>Partners )<br>        Defendants. ) | **JUDGMENT**<br>No. 5:24-CV-273-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This judgment Filed and Entered on August 15, 2024, and Copies To:**
Jason Hensley (via CM/ECF Notice of Electronic Filing)
Joshua M. Hiller / Jonathan Patton (via CM/ECF Notice of Electronic Filing)
David Michael Fothergill / Adam Acuff (via CM/ECF Notice of Electronic Filing)


August 15, 2024               PETER A. MOORE, JR., CLERK

                                    /s/Sandra K. Collins
                                (By)Sandra K. Collins, Deputy Clerk